McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>MICHAEL HOUK,<br><br>                            Defendant. | CASE NO. 1:18-po-00307-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SENTENCING<br><br>(ECF No. 33) |

This matter is currently set for sentencing on December 16, 2019. On December 12, 2019, the parties filed a stipulation to continue the sentencing due to a scheduling conflict. .

Accordingly, finding good cause, the sentencing hearing set for December 16, 2019, in Courtroom 9 is HEREBY CONTINUED to **January 16, 2020, at 10:00 a.m. in Courtroom 9**. The parties may file a sentencing memorandum **seven (7) days** prior to the continued hearing date.

IT IS FURTHER ORDERED that Defendant shall appear for the January 16, 2020 hearing.

IT IS SO ORDERED.

Dated: __**December 12, 2019**__              _____
                                                                UNITED STATES MAGISTRATE JUDGE

1