| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender<br>MATTHEW LEMKE, D.C. Bar #1023347<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226<br>Telephone: (559) 487-5561<br>Fax: (559) 487-5950 |
| 6<br>7 | Attorney for Defendant<br>MICHAEL HOUK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff-Appellee,<br><br>vs.<br><br>MICHAEL HOUK,<br><br>　　　　　　　Defendant-Appellant. | District Court Case No. 1:20-cr-00024-DAD<br>(Magistrate Case No. 1:18-po-00307-SAB)<br><br>APPELLANT'S MOTION TO WITHDRAW APPEAL; ORDER |

　　　Defendant Michael Houk hereby requests to withdraw his appeal.

　　　On January 30, 2020, Mr. Houk filed a Notice of Appeal, seeking to challenge the conviction and sentence imposed by the magistrate judge. *See* ECF No. 40. Mr. Houk now seeks to withdraw his appeal in this matter. Accordingly, Mr. Houk requests that the Court permit him to withdraw his appeal.

/ /

/ /

/ /

/ /

/ /

/ /

|   |                              |                                              |
|---|------------------------------|----------------------------------------------|
| 1 |                              | Respectfully submitted,                      |
| 2 |                              |                                              |
| 3 |                              | HEATHER E. WILLIAMS<br>Federal Defender      |
| 4 | Date: February 21, 2020      | */s/ Matthew Lemke*                          |
| 5 |                              | MATTHEW LEMKE<br>Assistant Federal Defender  |
| 6 |                              | Attorney for Defendant-Appellant<br>MICHAEL HOUK |
| 7 |                              |                                              |
| 8 | Date: February 21, 2020      | */s/ Michael Houk*                           |
| 9 |                              | MICHAEL HOUK                                 |

## **ORDER**

**IT IS SO ORDERED.** Defendant Michael Houk's appeal is hereby withdrawn.

IT IS SO ORDERED.

Dated:   **February 21, 2020**    _____
UNITED STATES DISTRICT JUDGE