HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
MICHAEL HOUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00307-SAB |
|---|---|
| *Plaintiff*, | MOTION DESIGNATING COMMUNITY SERVICE ORGANIZATION; AND ORDER |
| vs. | |
| MICHAEL HOUK, | Judge: Hon. Stanley A. Boone |
| *Defendant*. | |

On January 16, 2020, the Court sentenced Michael Houk to complete 60 hours of community service with a court-approved organization. Mr. Houk now asks the Court for permission to perform and complete his community service at Poverello House, located in Fresno, California.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 21, 2020        */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
MICHAEL HOUK

# ORDER

It is hereby ordered that Michael Houk may perform and complete his court-ordered community service at Poverello House.

IT IS SO ORDERED.

Dated: __**February 24, 2020**__

UNITED STATES MAGISTRATE JUDGE