HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MICHAEL HOUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case 1:18-po-00307-SAB |
|---|---|
| Plaintiff, | |
| vs. | **CONSENT TO APPEAR BY TELEPHONE** |
| MICHAEL HOUK, | |
| Defendant. | |

I, Michael Houk, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my probation review hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the hearing currently set for November 19, 2020.

Dated: November 17, 2020         */s/ Matthew Lemke*
                                 MATTHEW LEMKE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MICHAEL HOUK


Dated:  November 17, 2020         */s/ Michael Houk*
                                  MICHAEL HOUK
                                  Defendant

## ORDER

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Michael Houk is permitted to appear by telephone for the probation review hearing scheduled to take place on November 19, 2020.

IT IS SO ORDERED.

Dated: __November 17, 2020__

UNITED STATES MAGISTRATE JUDGE

Houk, M. [1:18-po-00307-SAB]
Consent to Appear by Phone