| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|  | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
|  | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
|  | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
|  | Fax: (559) 487-5950 |

Attorneys for Defendant
MICHAEL HOUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00307-SAB |
|---|---|
| Plaintiff, | STIPULATION TO STATUS HEARING AND SET CHANGE OF PLEA; AND ORDER |
| vs. | |
| MICHAEL HOUK, | DATE:  March 18, 2021 |
|  | TIME:  10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Michael Houk, that the status hearing currently set for February 18, 2021, be vacated and that a change of plea hearing be set for March 18, 2021, at 10:00 a.m.

Counsel anticipates that Mr. Houk's matter will be resolved by an admission and requests additional time in order to prepare for a change of plea and sentencing.  Accordingly, the parties jointly request that the February 18 status hearing be vacated and that the matter be set for a change of plea hearing on March 18, 2021, at 10:00 a.m.

\ \ \

\ \ \

\ \ \

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: February 11, 2021

*/s/ Philip Tankovich*
PHILIP TANKOVICH
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 11, 2021

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
MICHAEL HOUK

**ORDER**

**IT IS HEREBY ORDERED** that the status hearing scheduled for February 18, 2021, is continued to a change of plea hearing is set for March 18, 2021, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __February 11, 2021__

UNITED STATES MAGISTRATE JUDGE