| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MICHAEL HOUK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00307-SAB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER |
| vs. | |
| MICHAEL HOUK, | DATE:   May 20, 2021 |
| | TIME:   10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Michael Houk, that the sentencing hearing currently set for April 15, 2021, be continued to May 20, 2021, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of the defendant, who requests additional time to obtain records in preparation for sentencing. Accordingly, the parties request a continuance to May 20, 2021.

\ \ \

\ \ \

\ \ \

\ \ \

| | |
|---|---|
| | Respectfully submitted, |
| | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: April 8, 2021 | */s/ Philip Tankovich*<br>PHILIP TANKOVICH<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 8, 2021 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL HOUK |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled for April 15, 2021, is continued to May 20, 2021, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __April 8, 2021__

UNITED STATES MAGISTRATE JUDGE