HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL HOUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00307-SAB |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563 AND FED. R. CRIM. P. 32.1(C); AND ORDER |
| vs. | |
| MICHAEL HOUK, | DATE: April 21, 2022 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Michael Houk, that the Court modify the terms and conditions of Mr. Houk's probation as set forth below.

On June 17, 2021, the Court sentenced Mr. Houk to a term of probation, currently set to expire on June 16, 2022. ECF. No. 70. As a condition of probation, the Court ordered, in part, that Mr. Houk enroll in a 12-week Family and Behavioral Intervention Program no later than July 30, 2021. *Id*.

The parties now ask the Court to permit Mr. Houk to enroll in the designated treatment program by August 31, 2021, because he needs additional time to save money for the program's enrollment fees given his changed financial circumstances. Over the past several weeks, a change in Mr. Houk's work assignment resulted in a pay decrease. In addition, he was forced to

move into temporary VA housing after losing his apartment and receiving unexpected bills. Although Mr. Houk is currently working to address the changes in his life, he is unable to afford to enroll in the treatment program as originally scheduled. In light of his changed financial circumstances, the parties ask the Court to permit Mr. Houk additional time to pay the program enrollment fees by permitting him to enroll in the program by the end of August 2021.

      Given the aforementioned information, the parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), that the Court modify Mr. Houk's sentence to permit him to enroll in the 12-week Family and Behavioral Intervention Program by August 31, 2021. Mr. Houk expressly waives any right to a hearing on this modification request pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: July 29, 2021            */s/ Matthew Lemke*
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL HOUK


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Date: July 29, 2021            */s/ Jeffrey Spivak*
                                        JEFFREY SPIVAK
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**O R D E R**

For the reasons set forth above, the Court GRANTS the parties' request to modify the terms of Michael Houk's probation. The Court modifies Mr. Houk's conditions of probation as follows:

Condition 4 is hereby modified effectively immediately to read: "The defendant shall participate and complete a 12-week Family and Behavioral Intervention Program on a monthly basis no later than 8/31/2021 and complete the program within 1 year and provide proof of the same to the Court as requested."

IT IS SO ORDERED.

Dated: __August 3, 2021__

UNITED STATES MAGISTRATE JUDGE